UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT SAVAGE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:05-CV-638 CEJ |
| | ) | |
| SONDRA BOOKER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER AND MEMORANDUM

This matter is before the Court upon the application of Robert Savage for leave to commence this action without payment of the required filing fee. See U.S.C. § 1915(a). Upon consideration of the financial information provided with the application, the Court will grant plaintiff provisional leave to file this action in forma pauperis. In addition, the Court will order that the instant action be transferred to the United States District Court for the Western District of Missouri.

### The Complaint

Plaintiff, an inmate at the South Central Correctional Center ("SCCC"), seeks monetary and injunctive relief pursuant to 42 U.S.C. § 1983. Named as defendants are SCCC staff members Sondra Booker and Barbara Conner. Plaintiff alleges that he was denied access to adequate legal materials, thereby prejudicing his ability to research his petition for a writ of habeas corpus. Plaintiff further alleges that as a result of defendants' actions, his petition was dismissed.

### Discussion

Pursuant to 28 U.S.C. § 1391(b), venue for this action is proper where (I) any defendant resides, if all the defendants reside in the same state; (ii) a substantial part of the events or omissions giving rise to the claim occurred; or (iii) where any defendant may be found, if there is no district in which the action may otherwise be brought. All of the events described in the complaint occurred at

SCCC which is located in Texas County, Missouri, within the territorial jurisdiction of the Western District of Missouri. See 28 U.S.C. § 105(b)(5). Thus, all of the defendants can be found and the events giving rise to this claim occurred in the Western District of Missouri. Therefore, venue is not proper in the Eastern District of Missouri.

Pursuant to 28 U.S.C. § 1406(a), the District Court in which is filed a case laying venue in the wrong district may dismiss the case or, in the exercise of its discretion and in the interest of justice, transfer the complaint to any District Court in which such action could have been brought. In cases involving a plaintiff who is proceeding pro se and in forma pauperis, especially a prisoner, the usual practice is to transfer the case to the proper district. Therefore, this complaint shall be transferred to the United States District Court for the Western District of Missouri. Because venue is not proper in the Eastern District, no determination has been made as to whether the complaint is frivolous or fails to state a claim, or both, pursuant to 28 U.S.C. § 1915(e)(2)(A)(B).

In accordance with the foregoing,

**IT IS HEREBY ORDERED** that plaintiff's motion for leave to proceed in forma pauperis [Doc. #1] is **PROVISIONALLY GRANTED**, subject to modification by the United States District Court for the Western District of Missouri, upon transfer.

**IT IS FURTHER ORDERED** that the Clerk shall not issue process or cause process to issue upon the complaint, because the instant action will be transferred to the United States District Court for the Western District of Missouri.

An appropriate order shall accompany this order and memorandum.

Dated this 10th day of May, 2005.

_____
**UNITED STATES DISTRICT JUDGE**